UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | CASE NO. 1:14-cv-01723-MJS (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING THIS ACTION**<br><br>**(ECF Nos. 11, 12)**<br><br>**CLERK TO CLOSE CASE** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

    On June 8, 2015, the Court screened plaintiff's First Amended Complaint, dismissing plaintiff's federal claims for failure to state a claim and dismissing his supplemental state law negligence claim for failure to demonstrate compliance with the California Tort Claims Act ("CTCA"). Plaintiff was directed to file a Second Amended Complaint in accordance with the Court's order on or before July 8, 2015. Plaintiff, however, did not file a Second Amended Complaint.  Accordingly, on July 21, 2015, plaintiff was directed to show cause why this action should not be dismissed with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 11.) Plaintiff has now filed both a response to the Order to Show Cause and a motion to dismiss this action without prejudice. (ECF Nos. 12, 13.)

In his August 3, 2015 response to the Order to Show Cause and in his motion to dismiss, plaintiff moves for dismissal without prejudice on the ground that he intends to file a claim in compliance with the CTCA before refiling this action.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Because plaintiff's response and motion to dismiss are sufficient under Rule 41, plaintiff's motion will be granted and this action will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 3, 2015 motion to dismiss is GRANTED (ECF No. 12);
2. The July 21, 2015 Order to Show Cause is VACATED (ECF No. 11);
3. This action is hereby DISMISSED without prejudice; and
4. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   August 5, 2015         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

2